**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHAIMAA HUSSEIN** | § | |
| | § | **CIVIL ACTION NO.** |
| **VS.** | § | ____________________ |
| | § | |
| **WAL-MART STORES TEXAS, LLC** | § | |

---

**INDEX OF ATTACHED STATE COURT PLEADINGS AND FILING DATES**

---

| | | |
|---|---|---|
| 1. | State Court Docket Sheet | 11.13.25 |
| 2. | Plaintiff's Original Petition | 10.03.25 |
| 3. | Letter requesting citation for Defendant | 10.03.25 |
| 4. | Issuance of Citation for Defendant | 10.07.25 |
| 5. | Return of Service for Defendant | 10.22.25 |

**EXHIBIT A**